**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF | MARTIN LUTHER KING COURTHOUSE |
| **ESTHER SALAS** | 50 WALNUT ST. |
| UNITED STATES DISTRICT JUDGE | NEWARK, NJ 07101 |
| | 973-297-4887 |

March 14, 2014

**LETTER ORDER**

Re:   *Hayden Asset VI, LLC v. Silvio DeSouza, LLC, et al.*
      **Civil Action No. 13-3915 (ES)**

Dear Counsel:

Pending before this Court is Plaintiff Hayden Asset VI, LLC's motion to remand this action to the Superior Court of New Jersey pursuant to 28 U.S.C. §§ 1441 and 1446.  (D.E. No. 2).  On February 25, 2014, Magistrate Judge Joseph A. Dickson issued a Report & Recommendation suggesting that this Court grant the motion.  (D.E. No. 12, (the "R&R")).  Magistrate Judge Dickson advised the parties that they had fourteen days to file and serve any objections to the R&R pursuant to Local Civil Rule 72.1.   To date, neither party has filed any objections.

The Court has considered Judge Dickson's R&R, and for the reasons stated therein,

IT IS on this 14th day of March, 2014,

ORDERED that this Court adopts Judge Dickson's February 25, 2014 R&R in full.

**SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.D.J.**